**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBERTO TOLEDO, TREYES DIMAANDAL and RONALD DIMAANDAL,

    Plaintiffs,

    v

WASHINGTON MUTUAL, JP MORGAN CHASE BANK NA and QUALITY LOAN SERVICE CORP

    Defendants.

No    C 09-2895 VRW

ORDER

        Defendants JPMorgan Chase and Washington Mutual ("defendants") move to dismiss plaintiffs' complaint pursuant to FRCP 12(b)(6). Doc #11. Plaintiffs have not submitted a response to the defendants' motion, and the deadline for doing so has passed.

        Plaintiffs are ORDERED to SHOW CAUSE in writing not later than October 29, 2009 why defendants' motion should not be granted. Failure to respond to this order shall be deemed grounds to grant

1 the motion.  The hearing scheduled for October 15, 2009 is hereby
2 **VACATED**.  The court will submit the matter on the papers unless a
3 hearing becomes necessary.

6     **IT IS SO ORDERED.**

                                                        **VAUGHN R WALKER**
                                                        **United States District Chief Judge**